**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Fredi Armando MENDOZA–CORTES, also known as Fredy Armando Mendoza–Cortez, also known as Bernardo Hernandez, Defendant–Appellant.**

**No. 14–40027
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Aug. 29, 2014.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Laura Fletcher Leavitt, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before CLEMENT, PRADO, and ELROD, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Fredi Armando Mendoza–Cortes raises an argument that he concedes is foreclosed by *United States v. Rodriguez–Escareno,* 700 F.3d 751, 753–54 (5th Cir. 2012), *cert. denied,* —— U.S. ——, 133 S.Ct. 2044, 185 L.Ed.2d 902 (2013), which held that the sentence enhancement provided for in U.S.S.G. § 2L1.2(b)(1)(A)(i) applies to a conviction for the federal crime of conspiracy to commit a federal drug trafficking offense. The unopposed motion for summary disposition is **GRANTED,** and the judgment of the district court is **AFFIRMED.**

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.